BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Petitioner,<br><br>     v.<br><br>FELIPE CARRANCO, General Partner,<br><br>          Respondent.<br>_____ | Case No. 1:11-cv-01621-LJO-BAM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: F&J Carranco Farm Labor |

The United States here petitions for enforcement of an I.R.S. summons issued by investigating Revenue Officer Lisa Cumiford. The matter was placed before United States Magistrate Judge Barbara A. McAuliffe under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On September 27, 2011, Judge Beck issued an Order to Show Cause, ordering the respondent, Felipe Carranco, General Partner of F&J Carranco Farm Labor, to show cause why the I.R.S. summons issued to him on March 18, 2011, should not be enforced. The Petition, Points and Authorities, and Order to Show Cause were served upon the respondent in conformity with Fed. R. Civ. P. 4. Respondent did not file an opposition to enforcement under paragraph on page 3 of the Order to Show Cause.

At the show-cause hearing held before Judge McAuliffe on November 18, 2011, respondent failed to appear. On November 29, 2011, Judge McAuliffe filed Findings and Recommendations, finding that the requirements for summons enforcement had been

satisfied and recommending that the summons be enforced.  Neither side filed objections to the Magistrate Judge's findings and recommendations.

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, and that the requested and unopposed summons enforcement should be granted.  Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed November 29, 2011, are ADOPTED IN FULL.

2. The I.R.S. summons issued to respondent, Felipe Carranco, is ENFORCED.

3. Respondent, Felipe Carranco,  General Partner of F&J Carranco Farm Labor, is ORDERED to appear at the I.R.S. offices at 2525 Capitol Street, Suite 206, Fresno, California, 93721, before Revenue Officer Lisa Cumiford, or her designated representative, on the 21st day after the issuance of this order, or at an alternate time and date to be set in writing by Revenue Officer Cumiford, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

IT IS SO ORDERED.

**Dated:   December 19, 2011**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE