IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Petitioner,<br><br>     vs.<br><br>FELIPE CARRANCO,<br><br>           Respondent.<br>_____/ | CASE NO. CV F 11-1621 LJO BAM<br><br>**ORDER TO CLOSE ACTION**<br>(Doc. 14.) |

Given respondent's compliance in this tax enforcement matter, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:    February 24, 2012**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1