1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    UNITED STATES OF AMERICA,                    CASE NO. CV F 11-1621 LJO BAM

12                        Petitioner,              **ORDER TO CLOSE ACTION**
                                                   (Doc. 14.)
13          vs.

14    FELIPE CARRANCO,

15                        Respondent.
      _____/
16
             Given respondent's compliance in this tax enforcement matter, this Court DIRECTS the clerk
17
      to close this action.
18

19

20
      IT IS SO ORDERED.
21
      **Dated:    February 24, 2012**              _____/s/ Lawrence J. O'Neill_____
22                                                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                                   1